```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
CLIFFORD LEE WILLARD
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 97-5039 AWI |
| vs. | |
| | STIPULATION AND |
| CLIFFORD LEE WILLARD | ORDER TO CONTINUE |
| Defendant. | |

Defendant CLIFFORD LEE WILLARD by and through his attorney James R. Homola, and the United States of America, by and through its attorney, Laurel S. Montoya, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the status conference scheduled for June 16, 2010 be continued to July 14, 2010 at 1:30 pm.  The continuance is requested to permit the defendant to obtain documentation of his

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

medical condition and history.

DATED: June 15, 2010

```
    /s/ James R. Homola            /S/ Laurel S. Montoya
    JAMES R. HOMOLA                LAUREL S. MONTOYA
    Attorney for Defendant         Assistant U.S. Attorney
    CLIFFORD LEE WILLARD
```

### ORDER

**IT IS SO ORDERED.**  The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).


IT IS SO ORDERED.

Dated:   **June 15, 2010**             **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111