```
 1  JAMES R. HOMOLA  #60244
    Attorney at Law
 2  2950 Mariposa, Suite 250
    Fresno, California 93721
 3  Telephone: (559) 441-7111

 4  Attorney for Defendant
    CLIFFORD LEE WILLARD
 5

 6

 7              IN THE UNITED STATES DISTRICT COURT FOR THE

 8                    EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA      |
                                  |
11           Plaintiff,            |   Case No. 97-5039 AWI
    vs.                           |
12                                |   STIPULATION AND
    CLIFFORD LEE WILLARD          |   ORDER TO CONTINUE
13                                |
         Defendant.                |
14  _____|
```

Defendant CLIFFORD LEE WILLARD by and through his attorney James R. Homola, and the United States of America, by and through its attorney, Brian Enos, Assistant U.S. Attorney, hereby stipulate to the following request:

That the status conference scheduled for July 14, 2010 be continued to August 4, 2010 at 1:30 am.  The continuance is requested to permit the defendant to obtain documentation of his

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111

medical condition and history.

DATED: July 13, 2010

    /s/ James R. Homola        /S/ Brian Enos
    JAMES R. HOMOLA           BRIAN ENOS
    Attorney for Defendant     Assistant U.S. Attorney
    CLIFFORD LEE WILLARD

**ORDER**

**IT IS SO ORDERED.** The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 14, 2010**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111